

**Western Florida Lighting**
FIND THE PERFECT LIGHTING
2533 Permit Place, New Port Richey, FL 34655
PH: 727-733-7000     FX: 727-733-4008

06/10/2020

Leonard,
Thank you for your interest in employment at Western Florida Lighting. We feel that you would be a great addition to our family.
We are prepared to tender you the offer detailed below.

Position:
Inside Sales & Project Management for the Ft Myers/Naples territory.

Compensation:
We are offering you a base salary of $85,000.00 per year. In addition to the base salary, for a period of 1 year we will contribute for up to $1,250.00 per month towards your housing. WFLi regularly rewards employees for outstanding performance on a case by case basis. This will allow you to earn addition income above the base salary.

Transition:
For the first 2-3 weeks of employment we will need for you to plan on working from our New Port Richie office. This will allow us to get you acclimated with our systems, processes and people. We will take care of a place for you to stay close to the office during this time.

Healthcare:
WFLI partners with TriNet, a PPO company that manages our healthcare program. We will contribute $350.00 per month towards your selected plan.

Vacation:
We have in place a PTO plan. This plan allows you to earn 1 paid day off for every 30 days worked. This starts immediately upon employment. We also have the standard paid holidays.
We hope that you will find this offer acceptable. We feel it allows you to have a comfortable starting point and rewards you for hard work.

We are excited about getting you on board.
Please feel free to contact us with any questions or comments.





Exhibit A