UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEONARD CHOCHOLEK, an individual,

    Plaintiff,

vs.                                                  CASE NO.: 2:21-cv-00586-JLB-MRM

WESTERN FLORIDA LIGHTING,
INC., a Florida profit corporation, and
TIMOTHY GREENE, an individual,

    Defendants.

_____

## **RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT**

Filed by:[1] Plaintiff, Leonard Chocholek, by and through undersigned counsel.

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    Leonard Chocholek, Bradley P. Rothman, Esq., Weldon & Rothman, PL, Western Florida Lighting, Inc., and Timothy Greene.

Each entity with publicly traded shares or debt potentially affected by the outcome:

    None.

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

    None.

---

[1] When filing via CM/ECF, use the "Certificate of interested persons and corporate disclosure statement" event under Civil Events-Other Filings-Other Documents.

Each person arguably eligible for restitution:

    None.

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    None.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

s/ Bradley P. Rothman
Bradley P. Rothman, Esq.
Florida Bar No. 0677345
brothman@weldonrothman.com
WELDON & ROTHMAN, PL
2548 Northbrooke Plaza Drive
Naples, Florida 34119
Tel: (239) 262-2141
Fax: (239) 262-2342
*Counsel for Plaintiff*

August 10, 2021