# AFFIDAVIT OF PROCESS SERVER

Job # 44630

**Client Info:**

Weldon & Rothman, PL
Richard Weldon, II
2548 Northbrooke Plaza Dr.
Naples, FL 34119

**Case Info:**

**PLAINTIFF:**
LEONARD CHOCHOLEK
-versus-
**DEFENDANT:**
WESTERN FLORIDA LIGHTING, INC. AND TIMOTHY GREENE

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA

Court Case # **2:21-cv-586-JLB-MRM**

**Service Info:**

**Date Received:** 8/10/2021 at **04:06 PM**
**Service:** I Served **WESTERN FLORIDA LIGHTING, INC., c/o WILLIAM C. DONATI, REGISTERED AGENT**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL**
by leaving with **WILLIAM DONATI, REGISTERED AGENT**

**At Work 2533 PERMIT PLACE NEW PORT RICHEY, FL 34655**
On **8/17/2021** at **10:35 AM**
**Manner of Service: CORPORATE - REGISTERED AGENT**

**Served Description:** (Approx)

Age: **45**, Sex: **Male**, Race: **White**, Height: **5' 7"**, Weight: **160**, Hair: **Grey** Glasses: **No**

I Andrew Drosinos certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**Andrew Drosinos**
Lic # **PPS 9103**

**Accurate Serve of Fort Myers**
4600 Summerlin Road, Suite C-2-411
Fort Myers, FL 33919

Client # Chocholek v. WFLI and Greene
Job # 44630

SUBSCRIBED AND SWORN to before me this ___18___ day of __August__, by _____,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.

_____
NOTARY PUBLIC for the state of Florida

Notary Public State of Florida
Nancy Jean Chulla
My Commission GG 287814
Expires 01/01/2023

