# AFFIDAVIT OF SERVICE

Job # 44632

### Client Info:

Weldon & Rothman, PL
Richard Weldon, II
2548 Northbrooke Plaza Dr.
Naples, FL  34119

### Case Info:

**PLAINTIFF:**
LEONARD CHOCHOLEK
 -versus-
**DEFENDANT:**
WESTERN FLORIDA LIGHTING, INC. AND TIMOTHY GREENE

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA

Court Case # **2:21-cv-586-JLB-MRM**

### Service Info:

**Received by Christopher Davignon: on August, 10th 2021** at **04:13 PM**
**Service:** I Served **TIMOTHY GREENE**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL**
by leaving with **Melinda Green, CO-RESIDENT**

**At Residence 2007 DIAMOND CT OLDSMAR, FL 34677**
Latitude: **28.078827**,   Longitude: **-82.687872**

On **8/11/2021** at **08:56 AM**
**Manner of Service: SUBSTITUTE SERVICE:**
FS 48.031(1)a SERVICE UPON ANY CO-RESIDENT RESIDING THEREIN 15 YEARS OF AGE OR ABOVE, AND THE PROCESS BEING EXPLAINED TO THE PERSON WHO ACCEPTED SAID PROCESS.

### Served Description:  (Approx)

Age: **55**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **160**, Hair: **Blond** Glasses:  **No**

### Military Status:

**Military Status = No**

### Marital Status:

Inquired if subject was married and was informed subject was married.

I **Christopher Davignon** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server
**Christopher Davignon**
Lic # **APS 59070**

**Accurate Serve of Fort Myers**
4600 Summerlin Road, Suite C-2-411
Fort Myers, FL 33919

Client # Chocholek v. WFLI and Greene
Job # 44632

SUBSCRIBED AND SWORN to before me this 12th day of August , 2021, by **Christopher Davignon**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[___] physical presence [X] online presence.



_____
NOTARY PUBLIC for the state of Florida



BEAU CHARLET
Notary Public - State of Florida
Commission # GG 274968
My Comm. Expires Mar 7, 2023

 

Case 2:21-cv-00586-JLB-MRM   Document 6   Filed 08/06/21   Page 1 of 2 PageID 28

INITIALS: OB/03/2APSF59070
DATE: 8/11/2021 TIME: 08:56 AM
MILITARY: No
MARITAL STATUS: Yes

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| LEONARD CHOCHOLEK <br><br> *Plaintiff(s)* <br> v. <br> WESTERN FLORIDA LIGHTING, INC. and TIMOTHY GREENE <br><br> *Defendant(s)* | Civil Action No. 2:21-cv-586-JLB-MRM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Timothy Greene
2007 Diamond Ct
Oldsmar, FL 34677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bradley P. Rothman, Esq.
Weldon & Rothman, PL
2548 Northbrooke Plaza Drive
Naples, FL 34119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **Aug 06, 2021**

*MickiJanczewski*
*Deputy Clerk*