UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEONARD CHOCHOLEK, an
individual,

      Plaintiff,

vs.                                CASE NO.: 2:21-cv-00586-JLB-MRM

WESTERN FLORIDA LIGHTING,
INC., a Florida profit corporation, and
TIMOTHY GREENE, an individual,

      Defendants.
_____/

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Leonard Chocholek, by and through undersigned counsel, responds to the Court's January 21, 2022 Order to Show Cause (Doc. 33) as follows.

In light of the Court approving the parties' settlement agreement (Doc. 27-1) pertaining to Plaintiff's federal Fair Labor Standards Act claim in Count I of the Complaint and dismissing Count I of the Complaint (Doc. 1) with prejudice, and as there is no federal question as to Counts II and III of the Complaint (which are state law tort claims), Plaintiff intends to re-file Counts II and III in state court. Therefore, it is Plaintiff's position that the Court should dismiss Counts II and III of Plaintiff's Complaint without prejudice, such that Plaintiff may re-file his action in state court.

Page 1 of 2

s/ Bradley P. Rothman
Bradley P. Rothman
Florida Bar No. 0677345
brothman@weldonrothman.com
WELDON & ROTHMAN PL
2548 Northbrooke Plaza Drive
Naples, Florida 34119
Tel: (239) 262-2141
Fax: (239) 262-2342
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to: Jesse I. Unruh, Esq., Spire Law, LLC, 2572 W. State Road 426, Ste. 2088, Oviedo, FL 32765.

s/ Bradley P. Rothman
Bradley P. Rothman, Esq.
Florida Bar No. 0677345